IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 02-cv-01824-MSK-PAC

EDWARD J.X. FORD, JR.
*BRO.*

       Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

       Defendant..

_____

### ORDER DENYING MOTION FOR WITHDRAWAL OF COUNSEL
_____

**THIS MATTER** comes before the Court on the motion of the Plaintiff entitled "Petition For Withdrawal of Counsel" filed on September 26, 2005 **(undocketed)**. Noting that this matter was concluded by a Stipulation of Dismissal approved by Order dated March 04, 2005 **(#104)**, the motion is **DENIED**, as moot.

This 28th day of September, 2005.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*
                                          _____

                                          Marcia S. Krieger
                                          United States District Judge